# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| AWGI, LLC and SMART MOVE TRANSPORTATION, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>ROBERTO PINEDA dba SMARTMOVE MOVING SERVICES, and DOES 1 – 10, inclusive,<br><br>    Defendants. | Case No. 2:11-CV-03275-KJM-KJN<br><br>The Hon. Kimberly J. Mueller<br>Crtrm.:  3<br><br>**ORDER ACCEPTING THE SETTLEMENT AGREEMENT AND DISMISSING THE ACTION WITH PREJUDICE** |

This matter having come before the Court on the Plaintiffs' Notice of Settlement and Voluntary Dismissal with Prejudice, and the Court having reviewed the Notice and being otherwise duly advised in the premises hereof, it is hereby,

ORDERED AND ADJUDGED:

1. The Settlement Agreement by and between the Plaintiffs and the Defendant and the terms contained therein are accepted by the Court.

2. All claims against the Defendant related to the above-captioned matter are dismissed with prejudice.

3. The Plaintiffs and the Defendant shall abide by the terms of the Settlement Agreement.

4. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

1
2      **DONE** AND **ORDERED** in Sacramento, California.

3   Dated:   January 16, 2013

4
5                                                                    _____
                                                                     UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28